ANNETTE KUHN, Appellant, *v.* AUTO CAB MUTUAL
INDEMNITY COMPANY, Respondent.

(Argued January 23, 1936; decided March 3, 1936.)

*Henry E. Stohldreier* and *Walter W. Westall* for appellant.
*John C. MacCarthy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.